IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02397-BNB

ARCHIE ALSTON,

    Applicant,

v.

T.K. COZZA RHODES,

    Respondent.

## ORDER OF DISMISSAL

    Plaintiff, Archie Alston, is in the custody of the Federal Bureau of Prisons and is incarcerated at the United States Penitentiary in Florence, Colorado.  He initiated this action by filing a letter with the Court asserting that his release to a halfway house has been delayed because of an unresolved prison disciplinary charge.

    On September 4, 2013, Magistrate Judge Boyd N. Boland directed Mr. Alston to cure certain enumerated deficiencies in this action within thirty days.  Specifically, Mr. Alston was ordered to submit a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form or, in the alternative, to pay the $350.00 filing fee and $50.00 administrative fee (for a total filing fee of $400.00).  Mr. Alston  was also instructed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form.  Magistrate Judge Boland directed Mr. Alston to obtain the court-approved forms, along with the applicable instructions, on this Court's website (with the assistance of his case manager or the facility's legal assistant), at www.cod.uscourts.gov.  Magistrate Judge Boland warned Mr. Alston in the September 4

Order that failure to cure the designated deficiencies by the court-ordered deadline would result in dismissal of the action without further notice.

On September 30, 2013, Mr. Alston filed a letter with the Court [Doc. # 5] asking the clerk to send him copies of the necessary forms and to grant him an extension of time to comply with the September 4 Order. On October 1, 2013, Magistrate Judge Boland entered a minute order [Doc. # 6] directing the clerk to mail to Mr. Alston copies of the forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Magistrate Judge Boland also granted Plaintiff thirty (30) days from the date of the minute order to cure the deficiencies, as directed.

Mr. Alston has failed to submit any documents in compliance with the September 4 and September 30 Orders. Furthermore, Mr. Alston has not communicated with the Court since September 30, 2013. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Archie Alston, to comply with the September 4, 2013 Order Directing Plaintiff to Cure Deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Alston files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma*

3

*pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this  12th  day of    November   , 2013.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court